LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:  (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>DEREK GODFREY,<br><br>                Defendant. | CASE NO.  2:07-cr-00022-MCE-1<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |

      Defendant Derek Godfrey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

      1.     By previous order, this matter was set for status on January 5, 2017.

      2.     By this stipulation, the defendant now moves to continue the status conference until February 23, 2017, at 9:00 a.m. and to exclude time between January 5, 2017 and February 23, 2017 under Local Code T4.  The United States does not oppose this request.

      3.     The parties agree and stipulate, and request that the Court find the following:

      a.     The United States Attorney and Counsel for Mr. Godfrey need additional time to consult, to complete ongoing investigation and review discovery.

b.    Counsel for defendant Mr. Godfrey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.    The United States Attorney agrees to the continuance.

e.    All counsel agrees to the continuance.

f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of January 5, 2017 and February 23, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated:  January 3, 2017

                                  Respectfully Submitted,

                                  /s/ Linda M. Parisi

                                  _____

                                  Linda M. Parisi
                                  Attorney for Derek Godfrey

Dated: January 3, 2017                 BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Linda M. Parisi by e-mail authorization

                                  _____

                                  Matthew G. Morris, Assistant U.S. Attorney
                                  Attorney for Plaintiff

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA  95814
Telephone:  (916) 441-4888
Facsimile:   (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

  v.

DEREK GODFREY

        Defendant,

Case No. 2:07-cr-00022-MCE-1

ORDER

    Based on the reasons set forth in the stipulation of the parties filed on January 3, 2017, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference currently set for January 5, 2017, is vacated and continued to February 23, 2017, at 9:00 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

Stipulation and Order for Continuance of Status Hearing and for Exclusion of Time

3

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' January 3, 2017 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of January 5, 2017 and February 23, 2017 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

    IT IS SO ORDERED.

Dated:  January 4, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4