LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-cr-00022-MCE-1 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| DEREK GODFREY, | |
| Defendant. | |

Defendant Derek Godfrey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 22, 2017.

2. By this stipulation, the defendant now moves to continue the status conference until August 31, 2017, at 10:00 a.m. and to exclude time between June 22, 2017 and August 31, 2017 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States Attorney and Counsel for Mr. Godfrey need additional time to consult about potential resolution, to complete ongoing investigation and review discovery.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

b. Counsel for defendant Mr. Godfrey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The United States Attorney agrees to the continuance.

d. All counsel agrees to the continuance.

fe For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of June 22, 2017 and August 31, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: June 20, 2017

Respectfully Submitted,

/s/ Linda M. Parisi

---
Linda M. Parisi
Attorney for Derek Godfrey

Dated: June 20, 2017
BENJAMIN B. WAGNER
United States Attorney

/s/ Linda M. Parisi by e-mail authorization

---
Matthew G. Morris, Assistant U.S. Attorney
Attorney for Plaintiff

```
1  LINDA M. PARISI, SBN 84247
   LAW OFFICES OF WING & PARISI
2  917 G Street
   Sacramento, CA  95814
3  Telephone:  (916) 441-4888
   Facsimile:   (916) 441-1575
4  Email: linda@wingparisilaw.com

5  Attorneys for Derek Godfrey
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | Case No. 2:07-cr-00022-MCE-1 |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| DEREK GODFREY | |
| Defendant, | |

Based on the reasons set forth in the amended stipulation of the parties filed on June 20, 2017, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for June 22, 2017, be vacated and that a status conference be set for August 31, 2017, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 22, 2017 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of June 22, 2017 and August 31, 2017 pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

IT IS SO ORDERED.

Dated: June 20, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE