LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-cr-00022-MCE-1 |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| DEREK GODFREY, | |
| Defendant. | |

Defendant Derek Godfrey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 26, 2017.

2. By this stipulation, the defendant now moves to continue the status conference until December 7, 2017, at 10:00 a.m. and to exclude time between October 26, 2017 and December 7, 2017 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The United States Attorney and Counsel for Mr. Godfrey need additional time to meet and confer about potential resolution, to complete ongoing investigation and review discovery.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

b. Counsel for defendant Mr. Godfrey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The United States Attorney agrees to the continuance.

d. All counsel agrees to the continuance.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of October 26, 2017 and December 7, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: October 24, 2017

Respectfully Submitted,

/s/ Linda M. Parisi

———————————————
Linda M. Parisi
Attorney for Derek Godfrey

Dated: October 24, 2017    BENJAMIN B. WAGNER
United States Attorney

/s/ Linda M. Parisi by e-mail authorization

———————————————
Matthew G. Morris, Assistant U.S. Attorney
Attorney for Plaintiff

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>DEREK GODFREY<br>    Defendant, | Case No. 2:07-cr-00022-MCE-1<br><br>ORDER |

  Based on the reasons set forth in the stipulation of the parties filed on October 24, 2017, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently set for October 26, 2017, be vacated and that a status conference be set for December 7, 2017, at 10:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial.

///

///

///

///

///

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3

1  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 24, 2017
2  stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial
3  Act is excluded during the time period of October 26, 2017 and December 7, 2017, pursuant to 18
4  U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code 25.

IT IS SO ORDERED.

Dated: October 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

4