McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-cr-22-MCE |
| Plaintiff, | |
| v. | AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| DEREK S. GODFREY, | DATE: 8/2/2018<br>TIME: 10:00 A.M. |
| Defendant. | COURT: Hon. Morrison C. England, Jr. |

The parties request that the Sentencing Hearing currently scheduled for June 7, 2018, be rescheduled to August 2, 2018, and that the schedule for disclosure of the Presentence Investigation Report be modified as follows:

| | |
|---|---|
| Judgment and Sentence date: | August 2, 2018 |
| Reply or statement of non-opposition | July 26, 2018 |
| Motion for correction / formal objections: | July 19, 2018 |
| Final PSR disclosed | July 12, 2018 |
| Written (informal) objections to draft PSR | July 5, 2018 |
| Proposed PSR disclosed to parties | June 21, 2018 |

STIPULATION AND ORDER TO CONTINUE SENTENCING
HEARING

The assigned probation officer advised the undersigned that he does not object to the proposed schedule.

SO STIPULATED.

Dated: April 12, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW G. MORRIS
MATTHEW G. MORRIS
Assistant United States Attorney

Dated: April 12, 2018

/s/ LINDA PARISI (auth. by email)
LINDA PARISI
Counsel for Defendant
DEREK S. GODFREY

**ORDER**

IT IS SO ORDERED.

Dated: April 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE