LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-cr-00022-MCE-1 |
|---|---|
| Plaintiff, | **AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| DEREK GODFREY, | |
| Defendant. | |

Defendant Derek Godfrey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1. By previous judges' order, this matter was set for Judgment and Sentencing on August 2, 2018.

2. By this stipulation, the defendant now moves to continue the Judgement & Sentencing until September 6, 2018, at 10:00 a.m. and to exclude time between August 2, 2018 and September 6, 2018 under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Probation department needs additional time to prepare report for Mr. Godfrey.

Stipulation and Order

1

b. Counsel for defendant Mr. Godfrey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. The United States Attorney agrees to the continuance.

d. All counsel agrees to the continuance.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C.§ 3161, et seq., within which trial must commence, the time period of August 2, 2018 and September 6, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 316l(h)(7)(A), B(iv) [Local CodeT4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

AMENDED SCHEDULE FOR DISCLOSURE OF PRE− SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE−SENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **3/15/2018** |
| Judgment and sentencing date: | **9/6/2018** |
| Reply or statement of non−opposition: | **8/30/2018** |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **8/23/2018** |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | **8/16/2018** |

Stipulation and Order

2

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 8/9/2018 |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | 6/28/2018 |

Dated: June 21, 2018

                                      Respectfully Submitted,

                                      /s/ Linda M. Parisi

                                      _____
                                      Linda M. Parisi
                                      Attorney for Derek Godfrey


Dated: June 21, 2018                       BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Linda M. Parisi by e-mail authorization

                                      _____
                                      Matthew G. Morris, Assistant U.S. Attorney
                                      Attorney for Plaintiff

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF

CALIFORNIA

Case No. 2:07-cr-00022-MCE-1

ORDER

UNITED STATES OF AMERICA

        Plaintiff,

v.

DEREK GODFREY
        Defendant,

Based on the reasons set forth in the stipulation of the parties filed on June 19, 2018, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. It is hereby ordered that the Judgment and Sentencing currently set for August 2, 2018, is vacated and continued to September 6, 2018, at 10:00 a.m. The amended schedule for disclosure of pre-sentence report and for filing of objections is as follows:

Stipulation and Order

4

| | |
|---|---|
| Date of referral to Probation Officer: | **3/15/2018** |
| Judgment and sentencing date: | **9/6/2018** |
| Reply or statement of non−opposition: | **8/30/2018** |
| Motion for correction of the Pre−Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **8/23/2018** |
| The Pre−Sentence Report shall be filed with the court and disclosed to counsel no later than: | **8/16/2018** |
| Counsel's written objections to the Pre−Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **8/9/2018** |
| The Proposed Pre−Sentence Report shall be disclosed to counsel no later than: | **6/28/2018** |

IT IS SO ORDERED.

Dated: June 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE