| | |
|---|---|
| 1 | LINDA M. PARISI, SBN 84247 |
| | LAW OFFICES OF WING & PARISI |
| 2 | 917 G Street |
| | Sacramento, CA 95814 |
| 3 | Telephone: (916) 441-4888 |
| | Facsimile: (916) 441-1575 |
| 4 | Email: linda@wingparisilaw.com |

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:07-cr-00022-MCE-1 |
| Plaintiff, | **STIPULATION; ORDER** |
| v. | |
| DEREK GODFREY, | |
| Defendant. | |

Defendant Derek Godfrey, by and through Linda M. Parisi, his counsel of record, and plaintiff, by and through its counsel, Matthew G. Morris, hereby stipulate as follows:

1. By previous judges' order, this matter was set for Judgment and Sentencing on September 13, 2018.

2. By this stipulation, the defendant now moves to continue the Judgement & Sentencing until September 27, 2018, at 10:00 a.m. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant Mr. Godfrey believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b. The United States Attorney agrees to the continuance.

Stipulation and Order

1

     d.     All counsel agrees to the continuance.

     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Dated: September 5, 2018

                                                   Respectfully Submitted,

                                                   /s/ Linda M. Parisi

                                                 Linda M. Parisi
                                               Attorney for Derek Godfrey

Dated: September 5, 2018                  BENJAMIN B. WAGNER
                                             United States Attorney

                                               /s/ Linda M. Parisi by e-mail authorization

                                               Matthew G. Morris, Assistant U.S. Attorney
                                               Attorney for Plaintiff

LINDA M. PARISI, SBN 84247
LAW OFFICES OF WING & PARISI
917 G Street
Sacramento, CA 95814
Telephone: (916) 441-4888
Facsimile: (916) 441-1575
Email: linda@wingparisilaw.com

Attorneys for Derek Godfrey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:07-cr-00022-MCE-1 |
| Plaintiff, | ORDER |
| v. | |
| DEREK GODFREY | |
| Defendant, | |

Based on the reasons set forth in the stipulation of the parties filed on September 5, 2018, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the Judgment and Sentencing currently set for September 13, 2018, be vacated and that the Judgment and Sentencing be set for September 27, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 12, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation and Order

3